## Spradlin v. Spradlin, et al.

(Decided May 19, 1916.)

### Appeal from Floyd Circuit Court.

Appeal and Error—Absence of Brief—Presumption.—In the absence of a brief specifying the errors for which a reversal is asked on appeal, it will be presumed that no error exists, and that the judgment is correct.

JAMES H. SPRADLIN for appellant.

W. W. WILLIAMS for appellees.

OPINION. OF THE COURT BY WILLIAM ROGERS CLAY, COMMISSIONER—Affirming.

In this case no brief has been filed by appellant. In the absence of a brief specifying the errors for which a reversal is asked, it will be presumed that no errors exist, and that the judgment is correct. Commonwealth v. Lexington & Eastern Ry. Co., 167 Ky. 422, 180 S. W. 532; Continental Insurance Co. v. Ramsey, 160 Ky. 441, 169 S. W. 855; Crawford v. Wiedemann, 158 Ky. 333, 164 S. W. 981; Brown v. Daniels, 154 Ky. 267, 157 S. W. 3.

Judgment affirmed.